**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA WINKOWSKI; and | ) | |
| GARRETT SEE, individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.  19-cv-03187 |
| | ) | |
| JESSE BRADFIELD; and | ) | Hon. John Robert Blakey |
| TRACEY BRADFIELD, individuals, | ) | |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |
| | ) | |

**AGREED MOTION FOR DISMISSAL OF CASE AND ENTRY OF CONSENT**
**JUDGMENT AND PERMANENT INJUNCTION**

Comes now Plaintiffs Linda Winkowski and Garrett See by and through

Counsel and brings this **Agreed Motion For Dismissal Of Case And Entry Of**

**Consent Judgment And Permanent Injunction** and states as follows:

1.      On May 10, 2019, Linda Winkowski ("Ms. Winkowski") and Garrett

See ("Mr. See") (collectively "Plaintiffs") brought suit against Jesse Bradfield

("Jesse") and Tracey Bradfield ("Tracey" or "Jesse's Mom") (collectively

"Defendants") alleging claims that Jesse had violated 18 U.S.C. §§ 1030 and 2701,

by illegally and fraudulently taking control of Ms. Winkowski's Yahoo email

accounts, converting and destroying property in those accounts, excluding Ms.

Winkowski from those accounts, and maliciously and wantonly committing torts of

intrusion and private nuisance against Ms. Winkowski and Mr. See.

2.     Further, as stated in the Complaint, for a substantial period of time, Plaintiffs allege Jesse stalked Ms. Winkowski using the Internet, sending repeated and unwelcome text messages and email messages, making unwanted telephone calls, and repeatedly sending correspondence to Ms. Winkowski through the U.S. Mail.

3.     The Complaint further alleged that Tracey, Jesse's mom, engaged in Civil Conspiracy to commit these acts by providing Jesse with the electronic devices he used to commit the acts, telephone access, Internet access, and by not cutting off Jesse's access to the Internet or those devices when she became aware of Jesse's bad conduct.

4.     Plaintiffs and defendants agreed to compromise and settle this dispute to avoid the burden and expense of trial. The Parties have entered into a Confidential Settlement Agreement compromising and resolving this dispute.

5.     Defendants have agreed in the Confidential Settlement Agreement to entry of the Consent Judgment and Permanent Injunction as well as dismissal of this matter (Ex. A, Consent Judgment).  Further, Defendants have agreed to this Agreed Motion and have waived their appearance for the presentation and this Court's hearing of this Motion. (Ex. B, Waiver of Appearance.)

THEREFORE, for the reasons stated above, Plaintiffs ask this Court to enter the Consent Judgment and Permanent Injunction and dismiss this matter by agreement of the Parties.

Date: June 19, 2019

Respectfully submitted

<u>/s  David Grassmick</u>

David Grassmick (ARDC # 6277563)
Cope Ehlers, P.C.
120 W. Madison St., Suite 1300
Chicago, IL 60602
Telephone: 312-549-9280
Facsimile:  312-549-9389
dgrassmick@copeehlers.com
ATTORNEY FOR PLAINTIFFS
LINDA WINKOWSKI AND
GARRETT SEE

## Certificate of Service

The undersigned, an Illinois attorney, who is admitted to the trial bar of the United States District Court for the Northern District of Illinois, hereby certifies that on June 19, 2019, I caused a copy of this AGREED MOTION FOR DISMISSAL OF CASE AND ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION to be filed electronically using the United States District Court for the Northern District of Illinois' ECF system.  Subsequently, after filing, a copy of the file stamped version of this Motion will be served on all defendants, by agreement between Plaintiffs and Defendants, via U.S. Mail.  Previously, a draft copy of this Motion was provided to Defendants to secure their agreement to file this Motion as an Agreed Motion.

/s David Grassmick